**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00613-CV

### ENVISION REALTY GROUP, LLC AND JACKSON POTTER, AND THEIR ATTORNEY DAVID J. POTTER, Appellants

### V.

### CHUAN C. CHEN, Appellee

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-16534-G**

## ORDER

The reporter's record in this appeal is past due. By postcard dated June 11, 2018, we notified Court Reporter Vielica Dobbins the reporter's record was overdue. To date, the reporter's record has not been filed nor has Ms. Dobbins otherwise corresponded with the Court regarding the reporter's record.

Accordingly, we **ORDER** Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file, within **TEN DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellants have not paid for or made arrangements to pay for the record.[1] *We notify appellants that if we receive*

---

[1] Our records show appellants requested the reporter's record on June 5, 2018.

*verification they have not paid for or made arrangements to pay for the reporter's record, we*

*may order the appeal submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Dale Tillery
Presiding Judge
134th Judicial District Court

Vielica Dobbins
Official Court Reporter
134th Judicial District Court

All parties

/s/     DAVID EVANS
        JUSTICE